IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01488-OES

PAUL HUGGINS, Kids Against Alcohol Drugs and Crime as KAADAC,

    Plaintiff,

v.

KEVIN CHARLES HILTON,
LOUIS CHARLES DAVIS,
LYDIA WOODS WASHINGTON,
ET AL. BRIGHT STAR MISSIONARY BAPTIST CHURCH,
SELINA DAVIS OR SELENA DAVIS,
FELECIA HILTON,
PATRICIA L. SWEARINGEN, and
LISA R. HOPKINS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT

AUG 10 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff Paul Huggins initiated this action by filing *pro se* a Complaint. The court must construe the complaint liberally because Mr. Huggins is representing himself. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, Mr. Huggins will be ordered to file an amended complaint.

The court has reviewed the complaint filed by Mr. Huggins and has determined that the complaint may be dismissed because it fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a pleading are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if

proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992). Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks." The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct." Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules. Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Huggins fails to set forth a short and plain statement of the grounds on which the court's jurisdiction depends. Mr. Huggins must identify the statutory authority that allows this court to consider the claims he is asserting in this action. Mr. Huggins also fails to set forth a short and plain statement of his claims showing that he is entitled to relief. It is not clear why Mr. Huggins is suing the named Defendants in this court in this action. Finally, Mr. Huggins fails to allege clearly the relief he is seeking.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The court finds that the complaint does not meet the requirements of Fed. R. Civ. P. 8(a)

and that Mr. Huggins should be given an opportunity to file an amended complaint. He will be directed to do so below. Accordingly, it is

ORDERED that Mr. Huggins file, **within thirty (30) days from the date of this order,** an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Huggins, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that, if Mr. Huggins fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 10 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01488-OES

Paul Huggins
928 E. 25th Ave.
Denver, CO 80205

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint form** to the above-named individuals on __8/10/05__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk