IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01488-ZLW

DR. REVEREND PAUL HUGGINS, & Kids Against Alcohol Drugs and Crime as KAADAC, Inc.,

   Plaintiff,

v.

KEVIN CHARLES HILTON,
LOUIS CHARLES DAVIS, and
BRIGHT STAR MISSIONARY BAPTIST CHURCH, et al.,

   Defendants.

---

## ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff filed *pro se* on October 11, 2005, a document titled "Motion to Amend in Defeasance Rule (4) Rule (8) of the Rules of Appellate Procedure (Federal Rules of Civil Procedure)" in which he asks the Court to reopen the instant action. The Court's Order and Judgment of Dismissal was filed in this action on September 29, 2005. The Court must construe the motion to reconsider liberally because Plaintiff is proceeding *pro se*. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243

(10th Cir. 1991). Plaintiff filed the motion to reconsider within ten days after the Order and Judgment of Dismissal. *See* Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays). Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice after determining that Plaintiff failed to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Plaintiff does not argue in the motion to reconsider that the Court erred in determining that he had failed to comply with the pleading requirements of Rule 8 and he still fails to clarify why he is suing the named Defendants in this Court in this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that Plaintiff's "Motion to Amend in Defeasance Rule (4) Rule (8) of the Rules of Appellate Procedure (Federal Rules of Civil Procedure)" filed on October 11, 2005, is denied.

DATED at Denver, Colorado, this **28** day of **March**, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01488-ZLW

Paul Huggins
928 E. 25th Ave.
Denver, CO 80205

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3-29-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk